1    ARIEL E. STERN, ESQ.
     Nevada Bar No. 8276
2    MELANIE D. MORGAN, ESQ.
     Nevada Bar No. 8215
3    PAIGE L. MAGASTER, ESQ.
     Nevada Bar No. 15557
4    AKERMAN LLP
     1635 Village Center Circle, Suite 200
5    Las Vegas, Nevada 89134
     Telephone:    (702) 634-5000
6    Facsimile:    (702) 380-8572
     Email: ariel.stern@akerman.com
7    Email: melanie.morgan@akerman.com
     Email: paige.magaster@akerman.com
8
     *Attorneys for NewRez LLC d/b/a Shellpoint*
9    *Mortgage Servicing and Federal National*
     *Mortgage Association*
10

11                  **UNITED STATES DISTRICT COURT**

                         **DISTRICT OF NEVADA**
12

13   SFR INVESTMENTS POOL 1, LLC,          Case No.:    2:22-cv-01371-RFB-EJY

14                        Plaintiff,

15   v.                                    **STIPULATION AND ORDER FOR**
                                           **EXTENSION OF TIME TO RESPOND TO**
16   NEWREZ    LLC    D/B/A   SHELLPOINT   **AMENDED COMPLAINT**
     MORTGAGE    SERVICING;    FEDERAL
17   NATIONAL MORTGAGE ASSOCIATION;        **(THIRD REQUEST)**
     DOES I through X; and ROE BUSINESS
18   ENTITIES I through X, inclusive,

19                        Defendants.

20

21          SFR Investments Pool 1, LLC and Federal National Mortgage Association (**Fannie Mae**)

22   hereby stipulate and agree that Fannie Mae shall have an additional 7 days, up to and including

23   **October 14, 2022**, to file its response to SFR's amended complaint. [ECF No. 1-2].  Fannie Mae's

24   responsive pleadings is currently due on October 7, 2022. [ECF No. 11].  SFR filed its amended

25   complaint on August 10, 2022, before the case was removed to federal court.

26   ///

27   ///

28   ///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Good cause exists to grant the requested one-week extension. Because Fannie Mae is a named party in the litigation, filings on its behalf are subject to multiple levels of review, which necessitates limited additional time.

This is Fannie Mae's third request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 7th day of October, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Melanie D. Morgan* | */s/ Karen Hanks* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| MELANIE D. MORGAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8886 |
| PAIGE L. MAGASTER, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15557 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Federal National Mortgage Association* | |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**
Case No.:        2:22-cv-01371-RFB-EJY

**DATED:** _October 11, 2022_____

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572