KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.  2:22-cv-01371-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** |
| vs. | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

SFR Investments Pool 1, LLC ("SFR"), and Federal National Mortgage Association ("Fannie Mae"), hereby stipulate and agree that SFR shall have up to and including **December 29, 2022**, to file its response to Fannie Mae's motion to dismiss [ECF No. 19] which is currently due on November 18, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

SFR seeks the extension because the motion to dismiss raises issues with regard to SFR's wrongful foreclosure claim that the parties have not previously briefed, and SFR requires additional time to adequately brief the issue. SFR's counsel also has a trial and Ninth Circuit argument that cuts into SFR's time, and thus SFR seeks 45 days so as to avoid having to ask for additional extensions.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

**HANKS LAW GROUP**                                    **AKERMAN, LLP**


/s/ Karen L. Hanks                                     /s/ Paige L. Magaster
Karen L. Hanks, Esq.                                   Paige L. Magaster, Esq.
Nevada Bar No. 9578                                    Nevada Bar No. 15557
Chantel M. Schimming, Esq.                             1635 Village Center Circle, Suite 200
Nevada Bar No. 8886                                    Las Vegas, Nevada 89134
7625 Dean Martin Drive, Suite 110                      Telephone: (702) 634-5000
Las Vegas, Nevada 89139                                Email: paige.magaster@akerman.com
Telephone: (702) 758-8434
Email:  chantel@hankslg.com                            *Attorneys for NewRez, LLC dba Shellpoint*
Email:  karen@hankslg.com                              *Mortgage Servicing and Federal National*
                                                       *Mortgage Association*
*Attorneys for SFR Investments Pool 1, LLC*


## <u>ORDER</u>

**IT IS ORDERED:**

No Further Extensions of Time to Respond to the Pending Motion to Dismiss Will be Granted Absent Extraordinary Circumstances.



UNITED STATES MAGISTRATE JUDGE


DATED: <u>November 18, 2022  </u>

- 2 -